655 Third Avenue, 12th Fl.
New York, NY 10017

T: 212.370.0330
www.pkbllp.com

Petrillo Klein + Boxer LLP

**KEVIN R. PUVALOWSKI**
kpuvalowski@pkbllp.com
D: 212.370.0332
M: 732.947.7952

September 18, 2026

**VIA ECF and E-MAIL**

Honorable Ona T. Wang
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States v. Wanja Oberhof, 26 Mag. 3697*

Dear Magistrate Judge Wang:

This firm represents Defendant Wanja Oberhof in the above-referenced matter. I write to respectfully request modification of the bail conditions that the Court previously entered. The government consents to this request.

At Mr. Oberhof's presentment on Monday, September 14, 2026, the Court imposed bail conditions that included, among other terms, a $2,000,000 bond to be co-signed by two financially responsible persons and secured by a $100,000 cash deposit, along with home detention and GPS location monitoring. Although not a specific requirement of the bond, the government took the position that at least one of the two co-signors had to be US-based. After Mr. Oberhof, a German citizen, found it difficult to find a US-based co-signor, the parties have negotiated, subject to the Court's approval, a modified bail package wherein the government has agreed to a larger cash deposit in lieu of requiring a US-based co-signor.

Accordingly, we respectfully request that the bail conditions in the above-referenced matter be amended so that the amount of cash to be deposited with the Court be increased from $100,000 to $1,000,000. All other bail conditions would remain as previously ordered.

Respectfully submitted,

Kevin R. Puvalowski

cc: AUSA Micah Fergenson