UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

WANJA OBERHOF,

Defendant.

**Affirmation in Support of Application for Order of Continuance**

26 Mag. 3697

State of New York )
County of New York : ss.:
Southern District of New York )

Micah F. Fergenson, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

1. I am an Assistant United States Attorney in the Office of James McDonald, United States Attorney for the Southern District of New York. I submit this affirmation in support of an application for an order of continuance of the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A).

2. The defendant was charged in a complaint dated September 9, 2026, with violations of 18 U.S.C. §§ 1343 and 2. The defendant was arrested on September 12, 2026, and was presented in this District before Magistrate Judge Wang on September 14, 2026, at which proceeding the defendant was represented by retained counsel, and ordered released on bail once certain conditions were met.

3. At the presentment on September 14, 2026, a preliminary hearing was scheduled for October 14, 2026. Under the Speedy Trial Act, the Government had until October 14, 2026, within which to file an indictment or information. *See* 18 U.S.C. § 3161(b).

4. Defense counsel, Kevin Puvalowski, Esq., and I have had discussions regarding a possible disposition of this case. The parties plan to continue our discussions, but do not anticipate a resolution before October 14, 2026.

5. Therefore, the Government requests a 30-day continuance until November 13, 2026, to continue the foregoing discussions toward resolving this matter. I personally corresponded with defense counsel, who stated that the defendant consents to an extension of the preliminary hearing and Speedy Trial Act deadlines for 30 days, and has specifically consented to this request.

6. For the reasons stated above, good cause supports the extension of the preliminary hearing deadline, and the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

Dated: New York, New York
October 12, 2026

Micah Fergenson

Micah F. Fergenson
Assistant United States Attorney
212-637-2190